[No. 8,511.—Department Two.]
November 17, 1882.

## MARY ELLEN LAWRENCE *v.* JOSEPH COYNE.

REPLEVIN—DESCRIPTION OF PROPERTY—PLEADING.—In an action of replevin, the complaint, and also the affidavit and the order indorsed, described the property simply as "400 sheep."

*Held:* The process was regular on its face, and justified the Sheriff in seizing the property.

APPEAL from a judgment for the defendant in the Superior Court of the County of San Diego, McNEALLY, J., and from an order denying a new trial in the same Court. SEPULVEDA, J.

*W. Jeff Gatewood* and *A. B. Hotchkiss*, for Appellant.

*Leach & Parker*, for Respondent.

The COURT:

Plaintiff sued defendant as the Sheriff of San Diego county, for the possession of certain sheep or the value thereof, and defendant justified under a seizure made by him in an action brought against the plaintiff and others by one Joseph Lambeye. There is but one point made on the appeal, and that is that the complaint filed in the case of *Lambeye v. Lawrence et al.* did not contain a sufficient description of the property. If the point were well taken it would not follow therefrom that the plaintiff has any cause of action against the defendant. The Court had jurisdiction. The process was regular on its face, and justified the defendant in seizing the property.

Judgment and order affirmed.